# ANNEX B



Supreme Court of Pennsylvania
Court of Common Pleas
Civil Cover Sheet
LACKAWANNA County

| For Prothonotary Use Only: |
|---|
| Docket No: 18 CV 5407 |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
☒ Complaint   ☐ Writ of Summons   ☐ Petition
☐ Transfer from Another Jurisdiction   ☐ Declaration of Taking

**Lead Plaintiff's Name:**
WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST

**Lead Defendant's Name:**
TERESA VELARDI or Occupants

Name of Plaintiff/Appellant's Attorney: Phelan Hallinan Diamond & Jones, LLP

☐ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

Are money damages requested? : ☐ Yes ☒ No

Dollar Amount Requested:
(Check one)
☐ within arbitration limits
☐ outside arbitration limits

Is this a *Class Action Suit?* ☐ Yes ☒ No

Is this an MDJ Appeal? ☐ Yes ☒ No

**SECTION B**

**Nature of the Case:**
Place an "X" to the left of the **ONE** case category that most accurately describes your *PRIMARY CASE*. If you are making more than one type of claim, check the one that you consider most important.

**TORT (do not include Mass Tort)**
☐ Intentional
☐ Malicious Prosecution
☐ Motor Vehicle
☐ Nuisance
☐ Premises Liability
☐ Product Liability *(does not include mass tort)*
☐ Slander/Libel/ Defamation
☐ Other:

**MASS TORT**
☐ Asbestos
☐ Tobacco
☐ Toxic Tort - DES
☐ Toxic Tort - Implant
☐ Toxic Waste
☐ Other:

**PROFESSIONAL LIABLITY**
☐ Dental
☐ Legal
☐ Medical
☐ Other Professional:

**CONTRACT (do not include Judgments)**
☐ Buyer Plaintiff
☐ Debt Collection: Credit Card
☐ Debt Collection: Other

☐ Employment Dispute: Discrimination
☐ Employment Dispute: Other

☐ Other:

**REAL PROPERTY**
☒ Ejectment
☐ Eminent Domain/Condemnation
☐ Ground Rent
☐ Landlord/Tenant Dispute
☐ Mortgage Foreclosure Residential
☐ Mortgage Foreclosure Commercial
☐ Partition
☐ Quiet Title
☐ Other:

**CIVIL APPEALS**
Administrative Agencies
☐ Board of Assessment
☐ Board of Elections
☐ Dept. of Transportation
☐ Statutory Appeal: Other

☐ Zoning Board
☐ Other:

**MISCELLANEOUS**
☐ Common Law/Statutory Arbitration
☐ Declaratory Judgment
☐ Mandamus
☐ Non-Domestic Relations Restraining Order
☐ Quo Warranto
☐ Replevin
☐ Other:

Court of Common Pleas of Lackawanna County

Civil Cover Sheet

| FOR CLERK OF JUDICIAL RECORDS USE |
| --- |
| Docket Number: 18CV5407 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| --- | --- |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST | TERESA VELARDI or Occupants |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| 15480 LAGUNA CANYON ROAD SUITE 100 IRVINE, CA 92618 | 612 SUNSET STREET CLARKS SUMMIT, PA 18411-2705 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| | |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| | |

| TOTAL NUMBER OF PLAINTIFFS 1 | TOTAL NUMBER OF DEFENDANTS 1 | COMMENCEMENT OF ACTION |
| --- | --- | --- |
| AMOUNT IN CONTROVERSY In Excess of Jurisdictional Amount? _____ Yes _____ No | COURT PROGRAMS Arbitration        Jury        Non-Jury        Petition Minor Court Apeal Statutory Appeals                     Other: | |

| CASE TYPE AND COSE (SEE INSTRUCTIONS) |
| --- |
| RP/EJ EJECTMENT |

| STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS) |
| --- |
| N/A |

| TO THE CLERK OF JUDICIAL RECORDS: Please enter my appearance on behalf of Plaintiff Papers may be served at the address set forth below: | |
| --- | --- |
| NAME OF PLAINTIFF'S ATTORNY OR PROSE PLAINTIFF | ADDRESS |
| Phelan Hallinan Diamond & Jones, LLP | One Penn Center at Suburban Station 1617 JFK Blvd, Philadelphia, PA  19103 |

| PHONE NUMBERS: 215-563-7000 | FAX NUMBER: 215-568-7616 | |
| --- | --- | --- |
| SUPREME COURT IDENTIFICATION NO. 318263 | E-MAIL ADDRESS violeta.patori@phelanhallinan.com | |
| SIGNATURE: | DATE 10/12/18 | |

LACKAWANNA COUNTY COURT OF COMMON PLEASE
CIVIL COVER SHEET INSTRUCTIONS

An attorney of prose party filing a document commencing any type of civil action shall file a properly complete Civil Cover Sheet. Copies of the Civil cover Sheet shall be attached to service copies of the document commencing the action.

## PARTIES

Regardless of the type of action, the initiating party of parties shall be designated as Plaintiff or Plaintiffs and the responding party or parties shall be designated as Defendant or Defendants. Names of individuals shall be listed as last name, first name, middle initial. Full names of agencies and corporations shall be provided. Spouses shall be listed as separate parties unless the claim of one spouse is limited to a claim for consortium in which case the designation, et ux or et vir shall be used. Where there are more than three plaintiffs or defendants, a supplemental form listing the additional parties shall be attached to the Cover Sheet.

The section labeled "Remarks" is for procedural matters only. These may include such matters as related cases where consolidation might be advisable. Matters such as expected difficulty with service of process of the status of settlement discussions do not belong in this section.

## CASE TYPE AND CODE DESIGNATION

| | | | |
|---|---|---|---|
| FAM | Family Court | NGL/PI | Personal Injury |
| MCT | Minor Court Appeal | NGL/PREM | Premises Liability |
| LAG | Local Agency Appeal | NGL/PROD | Product Liability |
| LAG/MVS | Motor Vehicle Suspension | NGL/TT | Toxic Tort |
| LAG/ZB | Zoning Board Appeal | MGL/O | Other Negligence Action |
| LAG/O | Other Agency Appeals | MLP/D | Dental Malpractice |
| PCP | Proceedings commenced by Petition | MLP/L | Legal Malpractice |
| CNT | Contract Cases | MLP/M | Medical Malpractice |
| TORT/AB | Assault & Battery | MLP/O | Other Malpractice |
| TORT/LS | Libel & Slander | EQ | Equity |
| TORT/FR | Fraud | RP | Real Property |
| TORT/BF | Bad Faith | RP/EJ | Ejectment |
| TORT/WCP | Wrongful Use of Civil Process | RP/QT | Quiet Title |
| TORT/O | Other Torts | RP/MF | Mortgage Foreclosure |
| NGL/MVA | Motor Vehicle Accident | RP/ML | Mechanic's Lien |
| NGL/NF | No Fault Benefits | RP/PRT | Partition |
| | | PP | Personal Property Actions |

## STATUTORY CAUSE OF ACTION

If the action is commenced, pursuant to statutory authority, the specific statute must be identified with full citation.

## PENDING CASES

Previously filed related cases must be identified by caption and docked number or not consolidated.

Phelan Hallinan Diamond & Jones, LLP          **Attorney for Plaintiff**
Peter Wapner, Esq., Id. No.318263
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
peter.wapner@phelanhallinan.com
215-563-7000

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, | : | Court of Common Pleas |
| FSB, D/B/A CHRISTIANA TRUST, NOT | : | |
| INDIVIDUALLY BUT AS TRUSTEE FOR | : | Civil Division |
| PRETIUM MORTGAGE ACQUISITION TRUST | : | |
| 15480 LAGUNA CANYON ROAD SUITE 100 | : | LACKAWANNA County |
| IRVINE, CA 92618 | : | |

     Plaintiff                        No.   18CV5407

         v.

TERESA VELARDI or Occupants
612 SUNSET STREET
CLARKS SUMMIT, PA 18411-2705
     Defendant

## NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

North Penn Legal Services<br>
507 Linden Street, 3rd Floor<br>
Scranton, PA 18503<br>
(570) 342-0184<br>
Lawyer Referral Service

PH # 1024493



## CIVIL ACTION - EJECTMENT

1.  Plaintiff is WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST.

2.  Defendant is TERESA VELARDI or Occupants.

3.  Plaintiff is the record owner of the premises located at 612 SUNSET STREET, CLARKS SUMMIT, PA 18411-2705, a legal description of which is contained within the Sheriff's deed attached hereto, made part of hereof, and marked as Exhibit "A".

4.  Plaintiff became the owner of said premises as a result of the foreclosure and judicial sale by the Sheriff of LACKAWANNA County, on 06/12/2018, as evidenced by the Sheriff's deed recorded 09/18/2018 in the Office of the Recorder of LACKAWANNA County in Instrument Number 201814786.

5.  Plaintiff by virtue of the above, is the record owner of said premises, and is entitled to possession thereof. The defendant is occupying the said premises without right and so far as the Plaintiff is informed, without claim of title.

6.  Plaintiff has demanded possession of the said premises from the said defendant who has refused to deliver up possession of same.

WHEREFORE, Plaintiff seeks to recover possession of the Premises.

Peter Wapner, Esq., Id. No.318263
Attorney for Plaintiff
Phelan Hallinan Diamond & Jones, LLP



# EXHIBIT "A"

PH # 1024493



**EVIE RAFALKO MCNULTY**
Lackawanna County Recorder of Deeds
Gateway Center
135 Jefferson Avenue
Scranton, Pennsylvania 18503



**This is a certification page**
**\*\*\*This page is now part of this legal document -- DO NOT DETACH\*\*\***

Recording:

| | |
|---|---|
| Recording Fees - ROD | 15.00 |
| Cover/Index Page | 2.00 |
| Parcel Certification | 10.00 |
| State Writ Tax | 0.50 |
| State JCS/Access to Justi | 40.25 |
| Affordable Housing | 13.00 |
| County Improvement Fee | 2.00 |
| ROD Improvement Fee | 3.00 |

**INSTRUMENT #: 201814786**

Receipt#: 306514
Clerk:     EN
Rec Date: 09/18/2018 09:06:15 AM
Doc Grp:  D
Descrip:  DEED - SHERIFF
Num Pgs:  6
Rec'd Frm: SHERIFF LACKAWANNA COUNTY

| | |
|---|---|
| Sub Total: | 85.75 |

Transfer Tax

| | |
|---|---|
| STATE TRANSFER TAX | 0.00 |
| CLARKS SUMMIT BOROUGH | 0.00 |
| ABINGTON HEIGHTS SCHOOL D | 0.00 |

Party1:   VELARDI TERESA
Party2:   WILMINGTON SAVINGS FUND SOCIETY
Town:     CLARKS SUMMIT

| | |
|---|---|
| Sub Total: | 0.00 |

Consideration: 1068.09
Taxable Amount: 0.00
Assessed Value: 21000.00

| | |
|---|---|
| Total: | 85.75 |

**\*\*\*\* NOTICE: THIS IS NOT A BILL \*\*\*\***

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office of Lackawanna County, Pennsylvania.



*Evelyn Rafalko McNulty*

Evelyn Rafalko McNulty
Recorder of Deeds

\*\* Information may change during the verification process and may not be reflected on this page

Record and Return To:

SHERIFF LACKAWANNA COUNTY
COURT HOUSE
200 N. WASHINGTON AVE.
SCRANTON PA 18503
BOX 136

# *DEED*

*KNOW ALL MEN BY THESE PRESENTS*, that I, MARK P. McANDREW, Sheriff of the County of Lackawanna, in the Commonwealth of Pennsylvania, for and in consideration of the sum of **$1,068.09** to me in hand paid, do hereby grant and convey to **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust,**

ALL that certain lot, piece or parcel of land situate, lying and being in the **Borough of Clarks Summit**, County of Lackawanna and Commonwealth of Pennsylvania, designated and more specifically described in the attached

## EXHIBIT "A"

COAL AND MINERALS excepted and reserved as in former deeds in chain of title of said premises.

IMPROVEMENTS thereon consist of a dwelling known as **612 Sunrise Street, Clarks Summit, Pennsylvania,** having a Tax Parcel Number of **10014-020-01502** with an assessment value of **$21,000.00.** The same having been sold by me on the **12th day of June, 2018, as Sale Number 55 of June 12, 2018,** after due advertisement according to law, under and by virtue of a Writ of Execution issued on the **5th day of March, 2018** out of the Court of Common Pleas of the County of Lackawanna, Commonwealth of Pennsylvania, as Civil No. **2012-CIVIL-2460** at the suit of **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust vs. Teresa Velardi.**

IN WITNESS WHEREOF, I have hereunto affixed my signature, this __13th__ day of _____ SEPT _____, 2018.

Mark P. McAndrew, Sheriff

**SHERIFF SALE # 55 of June 12, 2018**

**SALE DATE:  June 12, 2018**

**PROPERTY LOCATION:  612 Sunrise Street, Clarks Summit, Pennsylvania**

COMMONWEALTH OF PENNSYLVANIA   :

                                     :        SS.

COUNTY OF LACKAWANNA                   :

     BEFORE me the undersigned Clerk of Judicial Records of the Court of Common Pleas of Lackawanna County, State aforesaid, personally appeared Mark P. McAndrew, Sheriff of Lackawanna County aforesaid, and in due form of law declared that the facts set forth in the foregoing Deed are true, and that he acknowledged the same in order that the said Deed might be recorded.

     WITNESS my hand and seal of said Court this _____13th_____ day of ___September___, 2018.

**MAURI B. KELLY**
**CLERK OF JUDICIAL RECORDS**
**MY COMMISSION**
**EXPIRES FIRST MONDAY**
**OF JANUARY 2020**

*Mauri B. Kelly*

Mauri B. Kelly

Clerk of Judicial Records

LACKAWANNA COUNTY
Certified Property Identification
MUNI: __0.8__
      AUG 3 0 2018
PIN: __10014 000 01702__
USE: __1000__ ASSESS VAL __2/000__
CLERK __AN__
1000

**BY VIRTUE OF A WRIT OF EXECUTION ISSUED BY PHELAN HALLINAN DIAMOND & JONES, LLP**
**NO.: 12-CV-2460**

**DESCRIPTION OF PROPERTY:**

ALL that certain piece, parcel or lot of land situate, lying and being in the Borough of Clarks Summit, County of Lackawanna and State of Pennsylvania, bounded and described as follows, to wit:

BEGINNING at the Westerly corner of Northerly line of land of Cecil Clark. Said corner being South forty-eight degrees, 54 minutes West (S. 48 degrees 54 minutes W.) a distance of three hundred sixty-six and twenty-four one-hundredths feet (366.24 feet) from Southerly line of Sunset Street, formerly called Poplar Street; thence along another line of land of said Cecil Clark North forty-three degrees, thirty minutes West (N. 43 degrees 30 minutes W.) for a distance of one hundred thirty feet (130 feet) to a point; thence along line of land of now or formerly Bruno Marzanni North forty-eight degrees, fifty-four minutes East (N. 48 degrees 54 minutes E.) for a distance of one hundred five feet (105 feet) to a point; thence through the lands of Anthony Grigas and Mary A. Grigas; South forty-three degrees, thirty minutes East (S. 43 degrees 30 minutes E.) for a distance of one hundred thirty feet (130 feet) to a point; thence along line of land of aforesaid Cecil Clark South forty-eight degrees, fifty-four minutes West (S. 48 degrees 54 minutes W.) for a distance of one hundred five feet (105 feet) to a point, the place of beginning. Containing in all 13,638 square feet of land, more or less.

TOGETHER with the right in the Grantees, their heirs and assigns, to the uninterrupted and unobstructed use, in common with the Grantors, their heirs and assigns of a fifteen foot (15 foot) wide easement as it extends from the land hereby conveyed Northeastwardly, along line of land of now or formerly Bruno Marzanni, to Sunset Street for ingress, egress, and regress of persons, animals, vehicles and objects.

MAP ID# 100.14020015.02

The Grantees herein, in addition to the rights of easement granted hereinabove, have the further right to the use of the said easement for the laying, maintaining, repairing or replacing of sewer, water, electric service, lines and pipes, all as more particularly delineated with the map of said lots as recorded in Map Book 17, page 98, in the Office of the Recorder of Deeds in and for Lackawanna County. All rights and conditions where are not recited, shall pass with this grant.

Grantees, their heirs and assigns, tenants, sub-tenants, occupiers and possessors, take the within property subject to the obligation and duty to maintain the sewer lines running from the lot herein granted and passing adjacent to Lot 2 to Sunset Street jointly with the grantors, their heirs and assigns, tenants, subtenants, occupiers and possessors of Lot 2 as the same is plotted in plot recorded in Map Book 17 and page 98 and the premises heretofore conveyed by the Grantors and situate between Lot 2 and Sunset Street and it is further understood that the grantors, their heirs and assigns, tenants, sub-tenants, occupiers and possessors of Lot 2 in said plot shall each be responsible for 50% of all necessary charges and expenses which, from time to time accrue for paving, repairing, maintaining and cleaning said easement but excluding real estate taxes. This obligation shall run with the lot herein conveyed and shall further run with Lot 2 as now owned

by the grantors and the liability shall be imposed only upon then other owner of the lot herein conveyed and Lot 2 and shall run with the land.

AND

ALL that certain piece, parcel or lot of land situate, lying and being in the Borough of Clarks Summit, County of Lackawanna and Commonwealth of Pennsylvania, bounded and described as follows, to wit:

BEGINNING at the Southern-most corner of other land of Richard M. Phillips, et ux, being the Westerly corner of land herein, to be conveyed by Richard M. Phillips and Mary Ellen Phillips, on line of land of now or formerly Cecil R. Clark et ux; thence

Along the Easterly line of other land of said Richard M. Phillips and Mary Ellen Phillips, his wife, (grantors herein), South fifth-two degrees West (S. 52 degrees W.). For a distance of one hundred five feet (105 feet) to a point; thence

Through the land of Richard M. Phillips and Mary Ellen Phillips, his wife, (Grantors herein), North thirty-six degrees, eighteen minutes West (N. 36 degrees 18 seconds W.). For a distance of eighty-two and five-tenths feet (82.5 feet) to a point of land of now or formerly Cecil R. Clark and Rowena A. Clark; thence

Along another line of land of said Cecil R. Clark et ux North Fifty-two degrees East (N. 52 degrees E.) for a distance of one hundred five feet (105 feet) to a point; thence

Along another line of land of said Cecil R. Clark et ux South thirty-six degrees, eighteen minutes East, (S. 36 degrees 18 minutes E.) for a distance of eight-two and five-tenths feet (82.5 feet) to a point, the place of BEGINNING.

CONTAINING in all 8658 square feet of land, more or less.

TITLE TO SAID PREMISES IS VESTED IN Teresa Velardi, by Deed from Richard M. Phillips and Mary Ellen Phillips, his wife, Dated 08/27/2002, Recorded 08/28/2002, in Book 738, Page 874.

IMPROVEMENTS THEREON CONSIST OF RESIDENTIAL PROPERTY:

SEIZED IN EXECUTION AND TO BE SOLD AS THE PROPERTY OF Teresa Velardi

612 Sunset Street, Clarks Summit, PA 18411-2705

ASSESSMENT MAP # 1001402001502
JUDGMENT AMOUNT $221,796.54

Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103

EXHIBIT A

REV-183 EX(2-15)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF REVENUE**
**BUREAU OF INDIVIDUAL TAXES**
**DEPT. 280603**
**HARRISBURG, PA 17128-0603**

# REALTY TRANSFER TAX
# STATEMENT OF VALUE

**See Reverse for Instructions**

| RECORDER'S USE ONLY | |
|---|---|
| State Tax Paid | |
| Book Number | |
| Page Number | Inst.# 201814786 |
| Date Recorded | 9-18-18 |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, please attach additional sheets. A Statement of Value (SOV) is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. However, it is recommended that a SOV accompany all documents filed for recording.

**A.   CORRESPONDENT – All inquiries may be directed to the following person:**

| Name | | | Telephone Number: |
|---|---|---|---|
| Phelan Hallinan Diamond & Jones, LLP | | | 215-563-7000 |

| Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza | Philadelphia | PA | 19103 |

**B.   TRANSFER DATA**

Date of Acceptance of Document   6/12/18

| Grantor(s)/Lessor(s) | Telephone Number: | Grantee(s)/Lessee(s) | Telephone Number: |
|---|---|---|---|
| Mark McAndrew, Sheriff | (570) 963-6719 | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST | (888) 504-6700 |

| Mailing Address | | | Mailing Address | | |
|---|---|---|---|---|---|
| 200 North Washington Avenue , 1st Floor | | | 15480 LAGUNA CANYON ROAD SUITE 100 | | |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| Scranton | PA | 18503 | IRVINE | CA | 92618 |

**C.   REAL ESTATE LOCATION**

| Street Address | City, Township, Borough |
|---|---|
| 613 SUNSET STREET, CLARKS SUMMIT, PA 18411-2705 | BOROUGH OF CLARKS SUMMIT |

| County | School District | Tax Parcel Number |
|---|---|---|
| LACKAWANNA | ABINGTON HEIGHTS S.D. | 10014.02.001502 |

**D.   VALUATION DATA**

Was transaction part of an assignment or relocation?   ☐ Y  ☒ N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| $ 1,068.09 (winning bid) | -0- | = $ 1,068.09 |
| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
| $ 21,000.00 | X 6.67 | = $140,070.00 |

**E.   EXEMPTION DATA – Refer to instructions for exemption status.**

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| = $140,070.00 | 100% | 100% |

**2. Check Appropriate Box Below for Exemption Claimed.**

☐   Will or intestate succession

_____ (Name of Decedent) _____ Estate File Number

☐   Transfer to a Trust. (Attach complete copy of trust agreement identifying all beneficiaries.)
☐   Transfer from a trust. Date of transfer into the trust _____
      If trust was amended attach a copy of original and amended trust.
☐   Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)
☐   Transfer to the Commonwealth, the United States and instrumentalities by gift, dedication, condemnation or in lieu of condemnation.
      (If condemnation or in lieu of condemnation, attach copy of resolution.)
☒   Transfer from mortgagor to a holder of a mortgage in default.
      (Attach copy of mortgage and note/assignment.)
☐   Corrective confirmatory deed. (Attach complete copy of the prior deed being corrected or confirmed.)
☐   Statutory corporate consolidation, merge, or division (Attach copy of articles.)
☐   *Other (Please explain exemption claimed, if other than listed above.)

_____

Under Penalties of law, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|
| Melissa Connor | 6/14/18 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH APPLICABLE DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

## **VERIFICATION**

I, ___Christopher Spradling___ hereby state that I am ___Assistant Vice President___ of RUSHMORE LOAN

MANAGEMENT SERVICES, LLC, servicing agent for Plaintiff in this matter.  The Plaintiff has

delegated the responsibility to RUSHMORE LOAN MANAGEMENT SERVICES, LLC for the property

which is the subject of this action.  Plaintiff lacks sufficient information to make this verification because

Plaintiff is not the entity which maintains the business records for this property.  RUSHMORE LOAN

MANAGEMENT SERVICES, LLC is in possession and control of all documents and records supporting

the statements in the foregoing complaint and therefore the servicer, rather than the Plaintiff, is the

appropriate entity to make this verification.

I have reviewed the business records relating to this account, and am authorized to make this

verification.  I hereby verify that the statements made in the foregoing Civil Action in Ejectment are true

and correct to the best of my information and belief.  I understand that this statement is made subject to

the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

DATE: _10 / 10 / 2018_

Name: **Christopher Spradling**
**Assistant Vice President**
Title: _____

RUSHMORE LOAN MANAGEMENT
SERVICES, LLC

File #:1024493

Name: TERESA VELARDI

PH # 1024493

Return
to:
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Attn: Eviction Department

PH # 1024493