UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY FSB dba CHRISTIANA TRUST not individually but as trustee for PRETIUM MORTGAGE ACQUISITION, | : Civil Action No. 3:18-CV-02209 : : : (JUDGE MARIANI) : (Magistrate Judge Schwab) |
| Plaintiffs, | |
| v. | |
| TERESA VELARDI, | |
| Defendant. | |

## ORDER

AND NOW, THIS __6th__ DAY OF AUGUST 2019, upon *de novo* review of Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 9), Defendant's "Memorandum of Law in Support" containing objections to the R&R (Doc. 10), and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 9) is **ADOPTED** for the reasons set forth therein;

2. Defendant's objections to the R&R (Doc. 10) are **OVERRULED;**

3. Plaintiff's Motion to Remand to Lackawanna County Court of Common Pleas (Doc. 3) is **GRANTED;**[1]

---

[1] To the extent Document 3 is also docketed as a Motion to Reassign Case, there being no indication that such a motion is pending or that Plaintiff seeks relief beyond remand (*see* Docs. 3, 3-1, 3-2, 3-3, 3-4), the docket is to reflect that reference to said motion is stricken from the record.

4. The Clerk of Court is directed to close this case.

_____
Robert D. Mariani
United States District Judge